UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
JOCKS,

                Plaintiff,

  -V-

                                        ORDER OF RECUSAL
TAVERNEIR,                            CV-96-3595(TCP)

                Defendants.
---------------------------------------------------X

    IT IS HEREBY ORDERED the Court recuse itself from the above entitled case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another Judge under random selection from the Long Island wheel.

                                                            /S/
                                                   Thomas C. Platt, U. S D.J.

Dated: August 31, 2006

cc:   Counsel for all parties